NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003458
03-NOV-2014
11:24 AM**

CAAP-13-0003458

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
GREGORY GARCIA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 12-1-0541(4); FC-CR NO. 12-1-0327(4))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on July 31, 2014, is hereby corrected as follows:

On page 14, in the fifth line, the word "in" should be inserted between "forth" and "HRS" so that as corrected, the text reads: ". . . the factors set forth in HRS § 707-606 . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, November 3, 2014.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.